### BEFORE THE FIRST DIVISION, MAY 18, 1964

No. 68560.—Stafford N. Green *v.* United States, protests 62/14241, etc. (Charleston).

··Opinion by OLIVER, C.J.  In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *Falcon Sales Company* and *J. J. Murphy & Co.* v. *United States* (47 Cust. Ct. 129, C.D. 2292), the claim of the plaintiff was sustained.